| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>STAGG, TOM | 2. Court or Organization<br><br>U.S. DISTRICT COURT-W.D.\LA | 3. Date of Report<br><br>04/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U S DISTRICT JUDGE-SR. STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>JUDGE TOM STAGG<br>300 FANNIN STREET, #4100<br>SHREVEPORT, LA 71101-3091 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER | CAMELLIA TRADING COMPANY(█████ Partnership) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -7 A 9: 57 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | GEORGE MASON UNIVERSITY | APRIL 21-27, 2006 TUSCON, AZ FOR: TAX LAW SEMINAR (TRANSPORTATION / LODGING / MEALS) |
| 2. | LOUISIANA STATE UNIVERSITY | OCTOBER 9-10, 2007 BATON ROUGE, LA FOR: LAW SCHOOL CHANCELLOR SEARCH COMMITTEE (TRANSPORTATION / LODGING / MEALS) |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Royalty Interest - Arcadia Parish, LA | | None | J | W | | | | | |
| 2. Royalty Interest - Union Parish, LA | | None | J | W | | | | | |
| 3. AmSouth Bank-Account | A | Interest | K | T | | | | | |
| 4. BancorpSouth - Account | A | Interest | L | T | | | | | |
| 5. Merrill-Lynch CMA Tax Exempt Fund | E | Interest | O | T | | | | | |
| 6. Chevron/Texaco Corp. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 7. Chevron/Texaco Corp. - Common Stock | A | Dividend | J | T | | | | | See Sect. VIII C. |
| 8. Cisco Systems, Inc. - Common Stock | | None | K | T | | | | | See Sect. VIII C. |
| 9. Citigroup, Inc. - Common Stock | B | Dividend | L | T | | | | | See Sect. VIII C. |
| 10. ConocoPhillips-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 11. Dell, Inc. - Common Stock | | None | K | T | | | | | See Sect. VIII C. |
| 12. EMC Corporation - Common Stock | | None | J | T | | | | | See Sect. VIII C. |
| 13. Emerson Electric Co. - Common Stock | B | Dividend | K | T | | | | | See Sect. VIII C. |
| 14. Exxon Mobil Corp. - Common Stock | B | Dividend | L | T | | | | | See Sect. VIII C. |
| 15. Flextronics Intl., Ltd. - Common Stock | | None | J | T | | | | | See Sect. VIII C. |
| 16. General Electric - Common Stock | C | Dividend | M | T | | | | | See Sect. VIII C. |
| 17. Home Depot, Inc. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Home Depot, Inc. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 19. INTEL Corp. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 20. Intellisync Corp.-Common Stock | | None | | | Sold | 02/14 | J | | See Sect. VIII C. |
| 21. Lowe's Companies, Inc. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 22. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 23. Motorola, Inc. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 24. Oracle, Corp.$0.01-Common Stock | | None | J | T | | | | | See Sect. VIII C. |
| 25. Oracle Corp. $0.01-Common Stock | | None | J | T | | | | | See Sect VIII C. |
| 26. Pfizer, Inc. - Common Stock | B | Dividend | K | T | | | | | See Sect VIII C. |
| 27. Qualcomm, Inc. - Common Stock | A | Dividend | L | T | | | | | See Sect VIII C. |
| 28. Schlumberger Ltd. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 29. Schlumberger Ltd.-Common Stock | A | Dividend | M | T | | | | | See Sect. VIII C. |
| 30. Stemcells Inc. - Common Stock (X) | | None | J | T | Buy | 01/17 | J | | See Sect. VIII C. |
| 31. Target Corp. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 32. Time Warner, Inc. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 33. Transocean, Inc. - Common Stock (X) | | None | L | T | Buy | 09/06 | L | | See Sect. VIII C. |
| 34. Tyco International, Ltd. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |

1. Income Gain Codes:
   (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:
   (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes
   (See Column C2)
   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   Q =Appraisal   V =Other   S =Assessment
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tyco International, Ltd. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 36. Wal-Mart Stores, Inc. - Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 37. Williams Companies- Common Stock | A | Dividend | K | T | | | | | See Sect. VIII C. |
| 38. Rental Property #1 Shreveport, LA | E | Rent | N | W | | | | | See Sect. VIII A. |
| 39. Rental Property #2 Shreveport, LA | | None | M | W | | | | | See Sect. VIII A. |
| 40. Rental Property #3 Shreveport, LA | D | Rent | M | W | | | | | See Sect. VIII A. |
| 41. Rental Property #4 Shreveport, LA | E | Rent | L | W | | | | | See Sect. VIII A. |
| 42. Rental Property #5 Shreveport, LA | E | Rent | M | W | | | | | See Sect. VIII A. |
| 43. Rental Property #6 Shreveport, LA | | None | L | W | | | | | See Sect. VIII A. |
| 44. Merrill Lynch Institutional Fund | E | Interest | O | T | | | | | See Sect. VIII A. |
| 45. ML WCMA Money Fund Class 2 & Class 3 | E | Interest | O | T | | | | | See Sect. VIII A. |
| 46. AMB Property Corp. Reit -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 47. AT&T (Formerly SBC Communications)-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 48. Atmos Energy Corp. -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 49. Cresent Real Est EQ Tex Reit-Common Stock | A | Dividend | J | T | Buy | 08/03 | J | | See Sect. VIII A. |
| 50. Duke Energy Corp. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 51. Emerson Electric Co. -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | PI =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Ind. Realty Reit -Common Stock | D | Dividend | L | T | | | | | See Sect. VIII A. |
| 53. Federal Realty Inv. Tr. Reit -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 54. Healthcare Realty Tr. Reit -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 55. Hospitality PPTY Tr. Reit -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 56. Health Care PPTY Inv. Reit -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 57. J P Morgan Chase & Co. -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 58. Kimco Realty Corp. Reit -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 59. New Plan Excel Realty Reit -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 60. Prologis Reit -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 61. Plum Creek Timber Co.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 62. Qualcomm, Inc.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 63. Texas Instruments -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 64. Enterprise PRDTS PRTN LP-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 65. Teppco Partners, LP -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 66. Xcel Energy, Inc.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 67. Weingarten Realty Reit-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 68. Working Interest-Price #3-Vermilion Parish, | C | Royalty | L | W | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **LA** | | | | | | | | | |
| 69. Working Interest-State Lease ▇▇ #1-Vermilion Parish, LA | B | Royalty | L | W | | | | | See Sect. VIII A. |
| 70. Working Interest-Liberty Eylau #1-Bowie County, TX | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 71. Working Interest-Liberty Eylau #2-Bowie County, TX | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 72. Working Interest-Liberty Eylau #3, Bowie County, TX | D | Royalty | J | W | | | | | See Sect. VIII A. |
| 73. Working Interest-Nabors Trust 20-1-Sabine Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 74. Working Interest-Whitney #30-1-Sabine Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 75. Working Interest-Danita Ford #1-DeSoto Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 76. Working Interest-Sabine Uplift #1-DeSoto Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 77. Working Interest-Whitney #24-1-Sabine Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 78. Working Interest-Whitney #19-1-DeSoto Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 79. Working Interest-Harlan #1- DeSoto Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII A. |
| 80. Working Interest-Rascoe Est. #1-DeSoto Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 81. Working Interest-Whitney #20-1-Sabine Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 82. Working Interest-Pure Resources #1-Sabine Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 83. Working Interest-Springer #1-DeSoto Parish, LA | C | Royalty | K | W | | | | | See Sect. VIII A. |
| 84. Working Interest-Whitney #31-1-Sabine | A | Royalty | J | W | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Parish, LA | | | | | | | | | |
| 85. Working Interest-Cameron #1-DeSoto Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII A. |
| 86. Working Interest-Lewis Est. #1-DeSoto Parish, LA | C | Royalty | K | W | | | | | See Sect. VIII A. |
| 87. Working Interest-Pure Whitney #1-DeSoto Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 88. Working Interest-Blackwell #1-DeSoto Parish, LA | D | Royalty | L | W | | | | | See Sect. VIII A. |
| 89. Working Interest-Cameron #2 Alt, Sabine Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII A. |
| 90. Working Interest-Cameron #3, Sabine Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 91. Working Interest-Pure Resources 10-1-DeSoto Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII A. |
| 92. Working Interest-Pure Resources 10-2-DeSoto Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII A. |
| 93. Working Interest-Pure Resources 10-3-DeSoto Parish, LA | B | Royalty | K | W | | | | | See Sect. VIII A. |
| 94. Working Interest-Kenpau 17-1-DeSoto Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII A. |
| 95. Working Interest-Kenpau 17-2-DeSoto Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII A. |
| 96. Working Interest-Killian 18-1-DeSoto Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII A. |
| 97. Working Interest-Cook #1-DeSoto Parish, LA | D | Royalty | L | W | | | | | See Sect. VIII A. |
| 98. Working Interest-Miller 7-1-DeSoto Parish, LA | D | Royalty | L | W | | | | | See Sect. VIII A. |
| 99. Working Interest-Killian 18-4-DeSoto Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII A. |
| 100. Working Interest-Killian 18-5-DeSoto | E | Royalty | L | W | | | | | See Sect. VIII A. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Parish, LA | | | | | | | | | |
| 101. Working Interest-Killian 18-6-DeSoto Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII A. |
| 102. Working Interest-Smith 13-1-DeSoto Parish, LA | D | Royalty | L | W | | | | | See Sect. VIII A. |
| 103. Working Interest-Killian 18-2-DeSoto Parish, LA | E | Royalty | M | W | | | | | See Sect. VIII A. |
| 104. Working Interest-Killian 18-3-DeSoto Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII A. |
| 105. Working Interest-Killian 18-7-DeSoto Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII A. |
| 106. Working Interest-Brazell 18-3-DeSoto Parish, LA | E | Royalty | M | W | | | | | See Sect. VIII A. |
| 107. Working Interest-Brazell 18-5-DeSoto Parish, LA | E | Royalty | M | W | | | | | See Sect. VIII A. |
| 108. Working Interest-Brazell 18-6-DeSoto Parish, LA | D | Royalty | L | W | | | | | See Sect. VIII A. |
| 109. Working Interest-Vicklund G 32-2, Boulder County, CO | E | Royalty | L | W | | | | | See Sect. VIII A. |
| 110. Working Interest-Vicki #1, Adams County, CO (X) | C | Royalty | L | W | | | | | See Sect. VIII A. |
| 111. Natchitoches Parish LA Board Bond | | None | | | Sold | 05/04 | K | | See Sect. VIII B. |
| 112. St. Charles Parish LA SD 1 Bond | | None | | | Sold | 07/05 | K | | See Sect. VIII B. |
| 113. Port New Orleans LA Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 114. Louisiana PUB FACS Auth RV Bond | A | Interest | K | T | | | | | See Sect. VIII B. |
| 115. Jefferson Parish LA HME Mtg AFMRV Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 116. Galveston Tex Indpt School Dist Bond | B | Interest | K | T | | | | | See Sect. VIII B. |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. University Tex Perm Univ Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 118. Louisiana PUB FACS Bond | | None | | | Sold | 01/13 | K | | See Sect. VIII B. |
| 119. University Tex Perm Univ Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 120. Texas Womans Univ Rev Fing Sys Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 121. Lower Colorado River Auth Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 122. Monroe West Monroe LA PubTFA Ser A Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 123. Ernest N. Morial-New Orleans LA Tax C Oid Bond | B | Interest | | | Sold | 07/07 | K | | See Sect. VIII B. |
| 124. Ernest N. Morial-New Orleans LA Exh SR Sub Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 125. Houston TX Inpt Sch Dist FSA Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 126. Frisco Tex CTFS Oblig LT Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 127. Louisiana ST Transn Auth Toll Rev Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 128. Lower Colorado River AT TEX Trns Contr LCRA OID Bond (X) | B | Interest | K | T | Buy | 08/02 | K | | See Sect. VIII B. |
| 129. North Tex Mwd Water Trans FCS RV Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 130. Denton Texas Utility Sys Rev Ser A Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 131. Colorado Water Res-Pwr Dev Ser DOID FSA Bond (X) | B | Interest | K | T | Buy | 01/05 | K | | See Sect. VIII B. |
| 132. Colorado Edl-Cultrl FCS Ser B OID FGIC Bond (X) | A | Interest | K | T | Buy | 01/31 | K | | See Sect. VIII B. |
| 133. San Antonio TX Mun Drain Utl Sys Bond | C | Interest | L | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. New Orleans LA Drain Sys Lt Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 135. Austin TX Utility Sys Rev Comb Bond | A | Interest | J | T | | | | | See Sect. VIII B. |
| 136. Arlington TX Indpt Sch Dist Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 137. Fulton County Georgia Dev Auth Bond #1 | B | Interest | K | T | | | | | See Sect. VIII B. |
| 138. Fulton County Georgia Dev Auth Bond #2 | B | Interest | K | T | | | | | See Sect. VIII B. |
| 139. Livingston Parish LA WWK RV Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 140. Houston TX Cmty Clg Sys PFC RV PUB C Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 141. Jefferson Parish LA Hsp Svc Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 142. Colorado ST CTFS Partn UCDHSC Ser B OIL MBIA Bond (X) | B | Interest | K | T | Buy | 03/14 | K | | See Sect. VIII B. |
| 143. Colorado ST CTFS Partn UCDHSC Ser B OIL MBIA Bond (X) | B | Interest | K | T | Buy | 05/30 | K | | See Sect. VIII B. |
| 144. Louisiana Stad-Expo Dist Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 145. Cleburne TX Waterworks Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 146. Houston TX Indpt Sch Dist Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 147. North East Indpt Sch Dst Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 148. Louisiana St Ser A OID FGIC Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 149. Louisiana St Ser A FGIC Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 150. Louisiana St Ser B FR OID MBIA Bond | | None | | | Sold | 08/01 | K | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. Ascension Parish LA Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 152. Dallas TX Waterworks Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 153. Waco Texas CTFS OBLIG OID XLCA (X) | B | Interest | K | T | Buy | 01/19 | K | | See Sect. VIII B. |
| 154. Louisana St Ser A OID FGIC PRF10 Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 155. Orleans Parish LA Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 156. Orleans Parish LA Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 157. Dallas TX Area Rapid Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 158. Orleans Parish LA Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 159. Saint Bernard Parish LA SD1 Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 160. San Antonio TX Elec Gas Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 161. Bexar TX Met Water Dept Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 162. Quachita Parish LA East Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 163. Quachita Parish LA East Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 164. San Antonio TX River Auth Bond | A | Interest | J | T | | | | | See Sect. VIII B. |
| 165. Austin TX River Auth Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 166. Louisiana St Office FACS Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 167. Jefferson Parish LA Sch Brd Bond | | None | | | Sold | 02/01 | L | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. Monroe LA School Brd Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 169. Lafayette LA Pb Impt Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 170. Eagle Mtn-Saginaw TX Bond | | None | | | Sold | 11/03 | K | | See Sect. VIII B. |
| 171. Eagle Mtn-Saginaw TX Bond | | None | | | Sold | 08/15 | K | | See Sect. VIII B. |
| 172. Austin TX Elec Util Sys Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 173. Louisiana LCL Govt Env Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 174. Louisiana Stad-Expo Dist Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 175. Plano TX Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 176. Monroe LA SPL Sch Dist Bond | | None | | | Sold | 03/01 | K | | See Sect. VIII B. |
| 177. Mc Kinney Tex Indpt Sch Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 178. New Orleans LA Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 179. Commerce City Colo CTFS Parrtn Ambac Bond (X) | B | Interest | L | T | Buy | 06/26 | L | | See Sect. VIII B. |
| 180. Monroe LA Sch Dist Bond | | None | | | Sold | 03/01 | K | | See Sect. VIII B. |
| 181. Orleans Parish LA Sch Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 182. Pearland Tex CTFS Oblig Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 183. Judson TX Indpt Sch Dist Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 184. East Baton Rouge Parish LA Bond | C | Interest | L | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. Saint Charles Parish LA Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 186. Austin TX Elec Util Sys Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 187. Lafayette LA Pub Impt Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 188. East Baton Rouge Parish LA Bond | | None | | | Sold | 02/01 | L | | See Sect. VIII B. |
| 189. East Baton Rouge Parish LA Bond | | None | | | Sold | 02/01 | L | | See Sect. VIII B. |
| 190. Spring TX Indpt Sch Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 191. East Baton Rouge Parish LA Bond | | None | | | Sold | 02/01 | L | | See Sect. VIII B. |
| 192. Denton TX Util Sys Rev Bond | | None | | | Sold | 08/7 | L | | See Sect. VIII B. |
| 193. Slidell LA Bond | | None | | | Sold | 03/01 | L | | See Sect. VIII B. |
| 194. Houston Tex Area Wtr Crp Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 195. Louisiana Pub FCS Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 196. Natchitoches Parish LA Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 197. Harris Co-Houston TX Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 198. Dallas TX Civic Center Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 199. Dallas TX Civic Center Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 200. Jefferson LA Sales Tax Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 201. Jefferson LA Sales Tax Bond | B | Interest | L | T | | | | | See Sect. VIII B. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. Monroe LA Sales & Use Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 203. Lafayette LA Pub Tr Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 204. New Orleans LA Pub Impt Bond | C | Interest | L | T | | | | . | See Sect. VIII B. |
| 205. Northwest Tex Indpt Sch Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 206. Monroe LA Sales & Use Bond | B | Interest | K | T | | | | | See Sect. VIII B. |
| 207. Jefferson Parish LA Bond | C | Interest | L | T | | | | | See Sect. VIII B. |
| 208. New Orleans LA Pub Impt Bond | B | Interest | L | T | | | | . | See Sect. VIII B. |
| 209. Lafayette LA Pub Imp Bond | B | Interest | L | T | | | | | See Sect. VIII B. |
| 210. Alexandria LA Utilities Ref RFDG & Const OID (X) | B | Interest | K | T | Buy | 01/31 | K | | See Sect. VIII B. |
| 211. Adolor Corp Deleware-Common Stock | | None | | | Sold | 02/13 | J | | See Sect. VIII B. |
| 212. Alcatel Lucent(Previously Lucent Technologies) Common Stock | A | Dividend | J | T | | | | . | See Sect. VIII B. |
| 213. Amgen, Inc.-Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 214. Amgen, Inc. -Common Stock | | None | K | T | | | | | See Sect. VIII B. |
| 215. AmSouth Bancporp -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 216. BHP Billiton, Ltd. -Common Stock | A | Dividend | K | T | | | | . | See Sect. VIII B. |
| 217. BHP Billiton, Ltd. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 218. Burlington Resources, Inc.-Common Stock | A | Dividend | M | T | | | | | See Sect. VIII B. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. Caterpillar, Inc.-Common Stock | | None | | | Sold | 10/20 | J | | See Sect. VIII B. |
| 220. Chevron Corp.-Common Stock (X) | B | Dividend | K | T | Buy | 10/31 | K | | See Sect. VIII B. |
| 221. Citigroup, Inc.-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 222. Citigroup, Inc.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 223. Coldwater Creek-Common Stock (X) | | None | J | T | Buy | 09/20 | J | | See Sect. VIII B. |
| 224. ConocoPhillips-Common Stock (X) | C | Dividend | M | T | Buy | 04/06 | M | | See Sect. VIII B. |
| 225. Costco Wholesale Corp-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 226. Costco Wholesale Corp-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 227. Cisco Systems Inc. -Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 228. Cisco Systems, Inc. -Common Stock | | None | K | T | | | | | See Sect. VIII B. |
| 229. Coca Cola -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 230. Coca Cola -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 231. Conagra Foods, Inc.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 232. Conagra Foods, Inc. -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 233. Cresent Real Estate EQ Tex-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 234. CSX Corp.-Common Stock (X) | A | Dividend | J | T | Buy | 07/14 | J | | See Sect. VIII B. |
| 235. Dynegy, Inc. New III -Common Stock | | None | J | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. Duke Energy Corp. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 237. Duke EnergyCorp. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 238. Duke Energy Corp. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 239. E M C Corporation -Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 240. E M C Corporation -Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 241. Exxon Mobil Corp. -Common Stock | B | Dividend | L | T | | | | | See Sect. VIII B. |
| 242. El Paso Corporation- -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 243. Emerson Electric Co. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 244. Ferrellgas Partners ULP-Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 245. Globalsantafe Corp. -Common Stock | A | Dividend | L | T | | | | | See Sect. VIII B. |
| 246. Globalsantafe Corp.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 247. Genentech Inc.-Common Stock | | None | J | T | | | | | See Sect. VIII B. |
| 248. General Electric -Common Stock | C | Dividend | M | T | | | | | See Sect. VIII B. |
| 249. Halliburton Co. -Common Stock | A | Dividend | | | Sold | 11/13 | J | | See Sect. VIII B. |
| 250. Health Care Select SPDR-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 251. Helix Energy Solutions-Common Stock (X) | | None | J | T | Buy | 11/13 | J | | See Sect. VIII B. |
| 252. Home Depot Inc -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. Honeywell Intl, Inc.-Common Stock (X) | A | Dividend | J | T | Buy | 02/14 | J | | See Sect. VIII B. |
| 254. Intel Corp-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 255. Intl Rectifier Corp. -Common Stock | | None | K | T | | | | | See Sect. VIII B. |
| 256. Ishares MSCI Japan -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 257. JPMorgan Chase & Co. -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 258. JPMorgan Chase & Co. -Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 259. JPMorgan Chase & Co. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 260. Johnson and Johnson - Common Stock | D | Dividend | N | T | | | | | See Sect. VIII B. |
| 261. Manitowoc Co., Inc. Wis.-Common Stock (X) | A | Dividend | K | T | Buy | 11/13 | K | | See Sect. VIII B. |
| 262. Microsoft Corp. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 263. Microsoft Corp.-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 264. Motorola, Inc. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 265. Network Appliance, Inc. -Common Stock | | None | K | T | | | | | See Sect. VIII B. |
| 266. Noble Corporation -Common Stock | A | Dividend | L | T | | | | | See Sect. VIII B. |
| 267. Oracle Corp. $0.01 -Common Stock | | None | L | T | | | | | See Sect. VIII B. |
| 268. Peabody Energy Corp.-Common Stock (X) | A | Dividend | J | T | Buy | 06/13 | J | | See Sect. VIII B. |
| 269. Plum Creek Timber Co. -Common Stock | B | Dividend | K | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 270. Pfizer, Inc. Del PV $.05 -Common Stock | B | Dividend | L | T | | | | | See Sect. VIII B. |
| 271. Qualcomm, Inc.-Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 272. Royal Dutch Pet NY -Common Stock | B | Dividend | L | T | | | | | See Sect. VIII B. |
| 273. Schlumberger LTD -Common Stock | A | Dividend | M | T | | | | | See Sect. VIII B. |
| 274. Sirius Satellite Radio -Common Stock | | None | | | Sold | 09/25 | J | | See Sect. VIII B. |
| 275. Suncor Energy, Inc. NPV-Common Stock (X) | A | Dividend | K | T | Buy | 04/26 | K | | See Sect. VIII B. |
| 276. Texas Instruments -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 277. Tyco Intl Ltd. New -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 278. Transocean, Inc. -Common Stock | | None | L | T | | | | | See Sect. VIII B. |
| 279. Target Corp. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 280. Target, Inc.-Common Stock | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 281. Target, Inc. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 282. Time Warner, Inc. -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 283. 3M Company -Common Stock | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 284. Toyota Motor Corp Adr. -Common Stock | A | Dividend | L | T | | | | | See Sect. VIII B. |
| 285. Under Armour, Inc.-Common Stock (X) | | None | J | T | Buy | 05/02 | J | | See Sect. VIII B. |
| 286. Vodafone Grp Plc Spn -Common Stock | A | Dividend | | | Sold | 11/13 | J | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 287. Wal-Mart De Mexico SA DE (Form.Wal-Mart De Mex SR C) Com Stk | | None | M | T | | | | | See Sect. VIII B. |
| 288. Wal-Mart De Mexico SA DE (Form. Wal-Mart De Mexico) Com Stk | | None | K | T | | | | | See Sect. VIII B. |
| 289. Blackrock Munivest Fund (Formerly Munivest Fund Inc.) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 290. Blackrock Munivest Fund (X) | B | Interest | K | T | Buy | 10/03 | K | | See Sect. VIII B. |
| 291. NUVEEN InvMT Qual Mun FD Inc. | C | Interest | L | T | | | | | See Sect. VIII B. |
| 292. NUVEEN Ins M Oppty FD Inc. | C | Interest | L | T | | | | | See Sect. VIII B. |
| 293. Blackrock Muniyield Fund (Fomrerly Muniyield Fund, Inc.) | D | Interest | M | T | | | | | See Sect. VIII B. |
| 294. Blackrock Muniyield Ins (Formerly Muniyield Insd Fund, Inc.) | D | Interest | M | T | | | | | See Sect. VIII B. |
| 295. Blackrock Muniyield Qual (Formerly Muniyield Quality FD, Inc | C | Interest | L | T | | | | | See Sect. VIII B. |
| 296. Blackrock Inv Qual Muni (Blackrock Inv Q Muncp Tr.) | D | Interest | L | T | | | | | See Sect. VIII B. |
| 297. Blackrock Muni Assets Fnd (Formerly MuniAssets Fund Inc.Com) | A | Interest | J | T | | | | | See Sect. VIII B. |
| 298. Blackrock MuniAssets Fund Inc.Com (X) | D | Interest | M | T | Buy | 10/03 | M | | See Sect. VIII B. |
| 299. Municipal Invest Trust #1 | | None | | | Sold | 07/13 | K | | See Sect. VIII B. |
| 300. Municipal Invest Trust #2 | | None | | | Sold | 05/23 | K | | See Sect. VIII B. |
| 301. Municipal Invest Trust #3 | B | Interest | K | T | | | | | See Sect. VIII B. |
| 302. Municipal Invest Trust #4 | B | Interest | K | T | | | | | See Sect. VIII B. |
| 303. Municipal Invest Trust #5 | C | Interest | L | T | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 304. BlackrockGlobal SmallcapFD A (Form. ML Global Smallcap FD A) | | None | N | T | | | | | See Sect. VIII B. |
| 305. BlackrockGlobal SmallcapFD B (Form. ML Global Smallcap FD B) | | None | M | T | | | | | See Sect. VIII B. |
| 306. Blackrock Global Growth Fd (Formerly ML Global Growth CL B) | | None | K | T | | | | | See Sect. VIII B. |
| 307. Blackrock Developing Cap Mkts (Form. ML Developing Cap Mkts) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 308. Nuveen Louisiana Muni Bond | E | Interest | O | T | | | | | See Sect. VIII B. |
| 309. Seligman Louisiana Muni Fd Cl A | E | Interest | O | T | | | | | See Sect. VIII B. |
| 310. Blackrock Mun Insured Fd (Form. ML Muni BD Insured Pt 1) | D | Interest | N | T | | | | | See Sect. VIII B. |
| 311. WCMA Tax Exempt Fund | E | Interest | P1 | T | | | | | See Sect. VIII B. |
| 312. Working Interest-Sparrow 6-14, Choctaw County, AL (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 313. Working Interest-Bolinger Robinson 25-9, Choctaw County, AL | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 314. Working Interest-Roberts 26-6, Choctaw County, AL | A | Royalty | J | W | | | | | See Sect .VIII B. |
| 315. Working Interest-Wesson Hogg Sand Unit, Ouachita County, AR | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 316. Working Interest-Int'l Paper Co. #1, Miller County, AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 317. Working Interest-Int'l Paper Co. #2, Miller County, AR | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 318. Working Interest-Walker Creek, Lafayette County, AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 319. Working Interest-E. O. Brooks #2, Lincoln Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 320. Working Interest-Macdonell #1, Vermilion | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Parish, LA | | | | | | | | | |
| 321. Working Interest-S. L. ███ #1, Vermilion Parish, LA | E | Royalty | K | W | | | | | See Sect. VIII B. |
| 322. Working Interest-S. L. ███ #2, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 323. Working Interest-Evans Estate #1, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 324. Working Interest-S. L. ███ #3, Vermilion Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII B. |
| 325. Working Interest-S. L. ███ #4, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 326. Working Interest-Dwyer Price #2, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 327. Working Interest-Glenn #1, Vermilion Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 328. Working Interest-S. L. ███ #2, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 329. Working Interest-Glenn #2, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 330. Working Interest-Price #3, Vermilion Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 331. Working Interest-S. L. ███ #1, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 332. Working Interest-Fritz Lang #1, Vermilion Parish, LA | E | Royalty | K | W | | | | | See Sect. VIII B. |
| 333. Working Interest-Price Heirs #1, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 334. Working Interest-S.L. ███ #7, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 335. Working Interest-Glenn #3, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 336. Working Interest-Glenn #4, Vermilion | A | Royalty | J | W | | | | | See Sect. VIII B. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
## Page 25 of 43

**Name of Person Reporting**

STAGG, TOM

**Date of Report**

04/26/2007

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Parish, LA | | | | | | | | | |
| 337. Working Interest-Fritz Lang #2, Vermilion Parish, LA | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 338. Working Interest-Dwyer Price #1, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 339. Working Interest-S. L. ████ #1, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 340. Working Interest-Glenn #5, Vermilion Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 341. Working Interest-Fisher #1, Vermilion Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 342. Working Interest-Trahan, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 343. Working Interest-Seagraves, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 344. Working Interest-Dixie Rice #2, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 345. Working Interest-Vincent #1, Vermilion Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 346. Working Interest-Price Heirs 1-Alt, Vermilion Parish, LA | E | Royalty | L | W | | | | | See Sect. VIII B. |
| 347. Working Interest-S. L. ████ #6, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 348. Working Interest-Price Heirs #2, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 349. Working Interest-S. L. ████ #5, Vermilion Parish, LA (X) | E | Royalty | L | W | | | | | See Sect. VIII B. |
| 350. Working Interest-Wesla Gath. Sys., Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 351. Working Interest-Price Common Point, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 352. Working Interest-Laurents #1, Vermilion | C | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Parish, LA (X) | | | | | | | | | |
| 353. Working Interest-Christian #1, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 354. Working Interest-Continental Can #1, Bienville Par., LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 355. Working Interest-Carrie Rogers, Bienville Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 356. Working Interest-Boyd 34-10, Walthall County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 357. Working Interest-Amoco Sabine 26-16, Jefferson Davis, MS | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 358. Working Interest-Belcher, Gregg County, TX | E | Royalty | M | W | | | | | See Sect. VIII B. |
| 359. Working Interest-W. Tyler Sand Unit, Smith County, TX | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 360. Working Interest-Bellwood Lake Unit, Smith County, TX | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 361. Working Interest-Ann McKnight WFU, Smith Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 362. Working Interest-B. M. Smith #1, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 363. Working Interest-O. Stockton 1-R, Cherokee County, TX | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 364. Working Interest-S. L. Stockton #1, Cherokee County, TX | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 365. Working Interest-Prestriedge #1, Cherokee County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 366. Working Interest-S. L. Stockton #2, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 367. Working Interest-S. M. Braly #1, Cherokee County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 368. Working Interest-Womack Herring #1, | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Cherokee County, TX | | | | | | | | | |
| 369. Working Interest-Barron Gas Unit #1, Cherokee County, TX | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 370. Working Interest-S. M. Braly #2, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 371. Working Interest-Womack Herring #2, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 372. Working Interest-Stark Smith #1, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 373. Working Interest-C. A. Clayton, Cherokee County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 374. Working Interest-Stark Smith #A-1, Cherokee County, TX | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 375. Working Interest-Toledo Bend, Cherokee County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 376. Working Interest-L. E. Warner, Houston County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 377. Royalty Interest-C. O. Oswell 11-12, Baldwin County, AL (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 378. Royalty Interest-C. O. Oswell 14-4, Baldwin County, AL (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 379. Royalty Interest-C. O. Oswell 15-1, Baldwin County, AL (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 380. Royalty Interest-Elizabeth Oswell 10-14, Baldwin Co., AL (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 381. Royalty Interest-Elizabeth Oswell 14-3, Baldwin Co., AL (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 382. Royalty Interest-Elizabeth Oswell 15-7, Baldwin Co., AL (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 383. Royalty Interest-Heirs of Frank Johnson, Columbia Co., AR | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 384. Royalty Interest-Sarah T. Crone, Columbia | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Co., AR (X) | | | | | | | | | |
| 385. Royalty Interest-Nations, Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 386. Royalty Interest-Keith C-1, Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 387. Royalty Interest-Mattie Peterson, Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 388. Royalty Interest-Opal Monts, Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 389. Royalty Interest-J. Paxton B2, Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 390. Royalty Interest- J. Paxton 5, Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 391. Royalty Interest-Kuhn #5, Miller Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 392. Royalty Interest-Martindale #5, Miller Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 393. Royalty Interest- L. E. Fincher, Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 394. Royalty Interest-Wesson Hogg Sand Unit, Ouachita Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 395. Royalty Interest-Umphries, Lafayette County, AR | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 396. Royalty Interest-J. B. Booth Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 397. Royalty Interest-Mary Siefker, Lafayette Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 398. Royalty Interest-J. G. Alexander, Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 399. Royalty Interest-Albemarle Corp., Columbia Co., AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 400. Royalty Interest-Bessie Overholt, Claiborne | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Parish, LA (X) | | | | | | | | | |
| 401. Royalty Interest-Sanders E., Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 402. Royalty Interest-Davis 1, Bienville Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 403. Royalty Interest-Davis Bros Lbr C, Bienville Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 404. Royalty Interest-Davis Bros Lbr J, Bienville Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 405. Royalty Interest-Williams Est. 1-D, Bienville Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 406. Royalty Interest-Broussard #1, Jefferson Davis Pa., LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 407. Royalty Interest-Byler #1, Jefferson Davis Pa., LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 408. Royalty Interest-Wade B, Lincoln Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 409. Royalty Interest-Wade C-1, Lincoln Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 410. Royalty Interest-Tooke EtAl 1-12, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 411. Royalty Interest-Adeline Sugar Fac, St. Mary Par., LA | D | Royalty | K | W | | | | | See Sect. VIII B. |
| 412. Royalty Interest-Coyle Wells, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 413. Royalty Interest-Warren Cox A, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 414. Royalty Interest-Crutsinger Bank, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 415. Royalty Interest-Buck Sidney D, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 416. Royalty Interest-Cox ▓▓▓▓, Webster | A | Royalty | J | W | | | | | See Sect. VIII B. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Parish, LA | | | | | | | | | |
| 417. Royalty Interest-Union Exploration, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 418. Royalty Interest-Louis M Coz, Webster Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 419. Royalty Interest-Giles Dupuy 1 & 2, St. Mary Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 420. Royalty Interest-Sanders D2, Webster Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 421. Royalty Interest-McKinney #1, Webster Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 422. Royalty Interest-Sanders D, Webster Parish, LA | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 423. Royalty Interest-R. R. Barrow #1, Lafourche Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 424. Royalty Interest-Nag Unit, St. Charles Parish, LA | C | Royalty | J | W | | | | | See Sect. VIII B. |
| 425. Royalty Interest-PZ RA SUH; MRP #2, St. Charles Pa., LA | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 426. Royatly Interest-PZ RA SUH;MRP #3D, St.Charles Pa., LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 427. Royatly Interest-SU SEQ A-B, St.Charles Pa., LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 428. Royalty Interest-SCPC Dobbins A-1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 429. Royalty Interest-SCPC Dobbins A-2, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 430. Royalty Interest-SCPC Kilpatrick #1 Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 431. Royalty Interest-SCPC Hodges #A1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 432. Royalty Interest-SCPC Rufus Sims, | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Claiborne Parish, LA (X) | | | | | | | | | |
| 433. Royalty Interest-CV RA SUI SIMS 1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 434. Royalty Interest-SCPC Baird #1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 435. Royalty Interest-SCPC Deas #1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 436. Royalty Interest-SCPC Kilpatrick #2 Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 437. Royalty Interest-SCPC Dobbins A-3, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 438. Royalty Interest-Roy #1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 439. Royalty Interest-Trinity Royalty, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 440. Royalty Interest-Stevenson-Kilpatrick, Claiborne Pa, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 441. Royalty Interest-Cobra Robinson #1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 442. Royalty Interest-SCPC Brown A-1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 443. Royalty Interest-SCPC Brown A-2, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 444. Royalty Interest-SCPC Brownfield #1,Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 445. Royalty Interest-Cobra Robinson #2, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 446. Royalty Interest-Williamette C1, Lincoln Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 447. Royalty Interest-Baird #1, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 448. Royalty Interest-Sanders D., Webster Parish, | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| LA (X) | | | | | | | | | |
| 449. Royalty Interest-B. Sidney Heirs, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 450. Royalty Interest-R M Coyle #2, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 451. Royalty Interest-R M Coyle #3, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 452. Royalty Interest-R M Coyle #4, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 453. Royalty Interest-R M Coyle #5, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 454. Royalty Interest-R M Coyle #6, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 455. Royalty Interest-Gardner #1, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 456. Royalty Interest-L C Cox #1, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 457. Royalty Interest-L C Cox #2, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 458. Royalty Interest-CVOC D Sand Unit, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 459. Royalty Interest-CVOC Bodcaw SD TR, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 460. Royalty Interest-CVOC Gray Et Al, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 461. Royalty Interest-CVOC Justiss Unit, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 462. Royalty Interest-CVOC Davis Unit, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 463. Royalty Interest-R. C. Thompson, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 464. Royalty Interest-Haynesville, Claiborne | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 . | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Parish, LA (X) | | | | | | | | | |
| 465. Royalty Interst-Hall 20 #1, DeSoto Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 466. Royalty Interest-Sheppard 20-1 Alt, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 467. Royalty Interest-D H Rains, Caddo Parish, LA. | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 468. Royalty Interest-MFG Record Co, St. Charles Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 469. Royalty Interest-Sheppard 20-2 Alt, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 470. Royalty Interest-Continental Can #3, Bienvill Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 471. Royalty Interest-Dot Hoover, Richland Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 472. Royalty Interest-J D Owens, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 473. Royalty Interest-Sunset Realty, St. Charles Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 474. Royalty Interest-Sunset Realty, St. Charles Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 475. Royalty Interest-Byrd, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 476. Royalty Interest-Slay 1-D, Claiborne Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 477. Royalty Interest-Lemon Heirs 20-1, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 478. Royalty Interest-Jeter 24-1, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 479. Royalty Interest-Jeter 24-2, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 480. Royalty Interest-Kerr 24-1, Bossier Parish, | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| LA (X) | | | | | | | | | |
| 481. Royalty Interest-Kerr 24-2, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 482. Royalty Interest-Kerr 24-3, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 483. Royalty Interest-Jeter #1-D, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 484. Royalty Interest-Jeter A-1, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 485. Royalty Interest-Jeter A-2, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 486. Royalty Interest-Moffitt #1, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 487. Royalty Interest-Section 24 #1, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 488. Royalty Interest-Webb #A-2 Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 489. Royalty Interest-Johnson 24 #1, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 490. Royalty Interest-Lawrence 24 #1, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 491. Royalty Interest-Jamerson 24 #1, Bossier Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 492. Royalty Interest-Haynesville Merc #1-19, Claiborne, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 493. Royalty Interest-Overholt 1-10 Alt, Claiborne Par., LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 494. Royalty Interest-Rae-Green #1-#16, Ouachita Parish, LA | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 495. Royalty Interest-Commencement Place, Adams County , MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 496. Royalty Interest-Glen Aubin, Adams | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, MS (X) | | | | | | | | | |
| 497. Royalty Interest-Independence, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 498. Royalty Interest-Russia, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 499. Royalty Interest-New Era, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 500. Royalty Interest-Overton, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 501. Royalty Interest-Overton Hills, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 502. Royalty Interest-Overton Hills, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 503. Royalty Interest-Slogo, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 504. Royalty Interest-M. C. Armstrong, Adams County, MS | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 505. Royalty Interest-Armstrong 5 & 7, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 506. Royalty Interst-New Era Plantation, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 507. Royalty Interest-Armstrong #4, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 508. Royalty Interest-V Johnson, Adams County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 509. Royalty Interest-O.L. Wilson, Adams County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 510. Royalty Interest-Leslie Hughes 1-29, Wilkinson Co., MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 511. Royalty Interest-Leslie Hughes #3, Wilkinson County, MS | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 512. Royalty Interest-H. Ambercrombie, Custer | A | Royalty | J | W | | | | | See Sect. VIII B. |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, OK (X) | | | | | | | | | |
| 513. Royalty Interest-Stephanie #1-26, Custer County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 514. Royalty Interest-Ruttman 1-24, Woodard County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 515. Royalty Interest-R, Deutrich A, Austin County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 516. Royalty Interest-Leslie Hughes, Austin County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 517. Royalty Interest-E. Reese, Austin County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 518. Royalty Interest-R. B. Woodley, Austin County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 519. Royalty Interest-R. B. Woodley, Austin County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 520. Royalty Interest-Racoon Bend, Unit, Austin County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 521. Royalty Interest-J C Beal, Austin County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 522. Royalty Interest-A. T. McCasland, Austin County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 523. Royalty Interest-J. S. Hall, Cass County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 524. Royalty Interest-Gracie Bell, #1, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 525. Royalty Interest-Lela Knight Trust 5, Kenty County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 526. Royalty Interest-Lela Knight Trust 20, Kent County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 527. Royalty Interest-Lela Knight Trust 6, Kent County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 528. Royalty Interest-Lela Knight #5, Kent | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, TX (X) | | | | | | | | | |
| 529. Royalty Interest-Bradley #1, Limestone Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 530. Royalty Interest-Bradley #A-1, Limestone Co., TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 531. Royalty Interest-D. Keris #1, Limestone Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 532. Royalty Interest-I White #1, Limestone Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 533. Royalty Interest-Wilson #1, Limestone Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 534. Royalty Interest-Jackson #2, Limestone County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 535. Royalty Interest-Jackson #3, Limestone County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 536. Royalty Interest-Jaskon #4, Limestone County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 537. Royalty Interest-Jackson #5, Limestone County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 538. Royalty Interest-C. F. Sears, Taylor County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 539. Royalty Interest-F. Sears Shelton, Taylor County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 540. Royalty Interest-A. P. Trice, Taylor County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 541. Royalty Interest-Frazier Gas Unit, Terry County, TX | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 542. Royalty Interest-Parker Gas Unit, Van Zandt Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 543. Royalty Interest-Barrow Gas Unit, Rusk County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 544. Royalty Interest-Barrow Estate #5, Rusk | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, TX (X) | | | | | | | | | |
| 545. Royalty Interest-Blount Gas Unit, Nacogdoches Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 546. Royalty Interest-Gohmetr #1, Dewitt County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 547. Royalty Interest-Gohmert #2, Dewitt County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 548. Royalty Interest-Sheppard #1, Dewitt County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 549. Royalty Interest-Sheppard #2, Dewitt County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 550. Royalty Interest-McHaney Loeb, Gregg Co., TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 551. Royalty Interest-Wyatt King, Cass County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 552. Royalty Interest-Wyatt King #2, Cass County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 553. Royalty Interest-McCofflin 12, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 554. Royalty Interest-McCofflin 14, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 555. Royalty Interest-McCofflin 15, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 556. Royalty Interest-McCofflin 16, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 557. Royalty Interest-McCofflin 17, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 558. Royalty Interest-McClofflin 3, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 559. Royalty Interest-McClofflin 5, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 560. Royalty Interest-McClofflin 6, Harrison | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, TX (X) | | | | | | | | | |
| 561. Royalty Interest-McClofflin 7, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 562. Royalty Interest-McClofflin 8, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 563. Royalty Interest-McClofflin 9, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 564. Royalty Interest-McClofflin 21, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 565. Royalty Interest-Wilson #1, Guadalupe County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 566. Royalty Interest-A. E. Dowdy, Guadalupe County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 567. Royalty Interest-Anderson L, Guadalupe County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 568. Royalty Interest-Girvin, Pecos County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 569. Royalty Interest-W T Crude A, Caldwell County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 570. Royalty Interest-W T Crude C, Caldwell County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 571. Royalty Interest-W T Crude D, Caldwell County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 572. Royalty Interest-Dan J Denman, Caldwell County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 573. Royalty Interest-Dan J Denman B, Caldwell County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 574. Royalty Interest-A E Dowdy, Caldwell County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 575. Royalty Interest-A E Dowdy B Caldwell County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 576. Royalty Interest-A E Dowdy C Caldwell | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, TX (X) | | | | | | | | | |
| 577. Royalty Interest-Mrs. A E Dowdy A, Caldwell County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 578. Royalty Interest-H. M Covey, Cass County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 579. Royalty Interest-Edmondson, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 580. Royalty Interest-Harbin Realty, Baylor County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 581. Royalty Interest-NE Edgewood UT, Baylor County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 582. Royalty Interest-Oakland B, Cass County, TX | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 583. Royalty Interest-EA Blount GU, Nacogdoches Co., TX (X) | A | Royalty | J | W | | | | | See Sect. VIII. B |
| 584. Royalty Interest-Hammond Estate #3, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 585. Royalty Interest-Hammond Estate #4, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 586. Royalty Interest-T P Smith Est C2D, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 587. Royalty Interest-T P Smith Est C2F, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 588. Royalty Interest-T P Smith Est C5, Harrison County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 589. Mineral Interest-Ouachita County, AR | | None | J | W | | | | | See Sect. VIII B. |
| 590. Mineral Interest-Jefferson Davis Parish, LA | | None | J | W | | | | | See Sect. VIII B. |
| 591. Mineral Interest-Vermilion Parish, LA | | None | J | W | | | | | See Sect. VIII B. |
| 592. Mineral Interest-Adams County, MS | | None | J | W | | | | | See Sect. VIII B. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 593. Mineral Interest-Marion County, MS | | None | J | W | | | | | See Sect. VIII B. |
| 594. Mineral Interest-Rankin County, MS | | None | J | W | | | | | See Sect. VIII B. |
| 595. Mineral Interest-Cherokee County, TX | | None | J | W | | | | | See Sect. VIII B. |
| 596. Mineral Interest-Smith County, TX | | None | J | W | | | | | See Sect. VIII B. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

A.   CAMELLIA TRADING COMPANY

Camellia Trading Company (CTC) is a ████ owned partnership now owned one-third by the filer and one-third each by ███████████. Gradually, over several years, ownership has been transferred to ██████ together with all management responsibility. In prior years, CTC was considered to be exempt from listing individual underlying assets because I did not direct or influence the purchase, sale or disposition of property owned by CTC. ████ ██████ made all management decisions.

Beginning in 2003, with the acquisition of mineral interests in which I became personally involved, the requirement of listing assets became necessary in order to comply with the filing instructions pertaining to Section VII. The values and income codes used in this report reflect 100% of what CTC owns. My interest, at the end of 2005, is one-third of the totals shown. CTC owns commercial real estate in Shreveport, LA, a brokerage account at Merrill-Lynch, and mineral interests in Louisiana and Texas. The listings in Section VII are in that order.

B.   ST. VRAIN, LLC

Until May 19, 2003, I was separate in property from ████████████ Effective May 19, 2003, ████ donated to a legal regime of community property between us a substantial portion of her separate assets. On the same day, she and I further transferred that property to St. Vrain, LLC, a Louisiana limited liability company which we had established on May 14, 2003. Our transfer of the property to St. Vrain, LLC constituted a joint community property capital contribution by us in that company.

St. Vrain, LLC is now owned by ██████████████ me. I am not a manager of the entity; I am not involved in its day-to-day operations; and I own a 37.5 % interest in it.

For all of the first 57 years of our married life, ██████ property was her separate and paraphernal property, and none of it fell into the community property regime under Louisiana law. Prior to the formation of St. Vrain, LLC, none of the property, now owned by that entity, was required to be listed in any disclosure filed by me because: 1) the property was ██████ separate and paraphernal property, and she alone had the financial interest and financial responsibility of it; 2) I did not derive or expect to derive a financial or economic benefit from the property and; 3) I had no knowledge concerning the property. Thus, pursuant to 5 U.S.C. Appendix 4, Sec. 102 (e)(1)(E), the property formerly owned solely by ██████, and now owned by St. Vrain, LLC, was not listed.

The listing of St. Vrain, LLC holdings begins on Page 11, Line 111 and lists bonds, common stocks, mutual funds, and mineral properties in that order. St. Vrain holds title to mineral property rights in 118 counties in 7 states, most of which are presently non-productive. These properties alone require some organizational structure and closer management than heretofore was possible. In accordance with the filing instructions, mineral properties with income levels less than $200 and valuation of less than $1000 are not listed.

C. EXPLANATION OF VII. INVESTMENTS & TRUSTS

On the 2005 Financial Disclosure Report, Page 4, Line 5 through Page 6, Line 41, the common stock entries were not in alphabetic order according to my brokerage statement. They have been put in alphabetic order to facilitate future reporting. The 2006 FDR Report common stock entries are reported in alphabetic order on Page 5, Line 6 through Page 7, Line 37, per prior approval from the Administrative Office of the U. S. Courts Committee on Financial Disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 1, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544